

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

ENTERED
07/14/2009

In Re: § Case No. 02-33086
§
Neodyme Technologies Corporation §
§
§
Debtor(s). §

# 6021

### Order for Payment of Unclaimed Funds

Upon the application of  Sierra Funds Recovery, Inc. Attorney in Fact for Nspire Health, Inc.

seeking payment of $2,429.46          representing  funds previously unclaimed by

COLLINS MEDICAL INC
220 WOOD RD
BRAINTREE MA 21842

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that Nspire Health, Inc.  is entitled to the unclaimed funds, it is

Ordered that the Clerk pay $ $2,429.46                  to:

nSpire Health, Inc.
c/o Sierra Funds Recovery, Inc.
10123 Main Place, STE. B
Bothell, WA  98011-3402

Signed this ___ day of _____, _____.

_____
United States Bankruptcy Judge

**DENIED WITHOUT PREJUDICE**
to submission with authenticated chain of title.

LP
7/14/09