UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

ENTERED
10/12/2010

In Re: § Case No. 02-33086

§
§
§
§
Debtor(s). §

**Order for Payment of Unclaimed Funds**

Upon the application of _ADVANCED BIO-MEDICAL ELECTRONICS, INC._

seeking payment of $ _2,840.90_ representing funds previously unclaimed by

_ADVANCED BIO-MEDICAL ELECTRONICS, INC_
_1134 BROWNSWITCH ROAD_
_SLIDELL, LA 70461_

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that _ADVANCED BIO-MEDICAL ELECTRONICS, INC._ is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ _2,840.90_ to:

_KEVIN A. SANDERS_
_P.O. BOX 751_
_STAFFORD, TX 77497-0751_

OCT 1 2 2010
Signed this ___ day of _____, _____.

_____
United States Bankruptcy Judge