UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

ENTERED
01/11/2011

| | | |
|---|---|---|
| In Re: Neodyme Technologies Corporation | § § § § § § | Case No. 02-33086 |
| Debtor | | |

# 6040

## Order for Payment of Unclaimed Funds

Upon the application of Robert V. Kelly of National Recovery Services, Inc.

seeking payment of $ 4,020.04 representing funds previously unclaimed by

Cryomag Services, Inc

3 Stryker Lane (#7)

Belle Mead, NJ 08502

a creditor in the above-entitled case, and it appearing from the application and

supporting documentation that Steve A. Richards & Margaret Richards, as successors-in

interest to S&M Richards, Inc. (f/k/a Cryomag Services, Inc.) are entitled to

the unclaimed funds, it is

    Ordered that the Clerk pay $4,020.04 to:
        Steve Richards & Margaret Richards
        c/o National Recovery Services, Inc.
        Post Office Box 462
        Spring Lake, NJ 07762

JAN 1 1 2011

Signed this _____ day of _____,_____

_____
United States Bankruptcy Judge