UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

ENTERED
05/23/2013

IN RE:

Neodyme Technologies Corporation

          (Debtor),

BANKRUPTCY CASE NUMBER
02-33086-H3-07

#6049

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Factory Authorized Medical Scope Repa, in the amount of $3,600.71, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 04/29/2008 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Factory Authorized Medical Scope Repairs, Inc c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $3,600.71 to Dilks & Knopik, LLC and Factory Authorized Medical Scope Repairs, Inc at the following address:

35308 SE Center St,
Snoqualmie, WA  98065

Dated: MAY 2 3 2013

UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98