## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS

In Re: ~~ULTRASOURCE~~                       §
*Neodym Technologies Corp.*                   §    §            Case No. 02-33086
                                              §    §
                                              §
                Debtor(s).                    §    §

### Order for Payment of Unclaimed Funds

Upon the application of __GE MEDICAL SYSTEMS_____,

seeking payment of $ __701.14_____ representing  funds previously unclaimed by

__GE MEDICAL SYSTEMS_____

_____

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that __GE MEDICAL SYSTEMS_____ is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ __701.14_____ to:

GE MEDICAL SYSTEMS

GE Global Operations - Unclaimed Recovery Dept. - 4211 Metro Parkway

Fort Myers, FL 33916

Signed this ___day of_____, _____.

_____
United States Bankruptcy Judge